UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROSA CONCEPCION,

                Plaintiff,

v.

SILVER LINE BUILDING PRODUCTS, LLC,

                Defendant.

Civil Action No. 21-17920 (MAS) (TJB)

**ORDER**

This matter comes before the Court on Defendant Silver Line Building Products, LLC's ("Silver Line") Motion to Dismiss (ECF No. 18) Plaintiff Rosa Concepcion's ("Concepcion") Amended Complaint (ECF No. 17) under Federal Rule of Civil Procedure 12(b)(6). Concepcion opposed (ECF No. 20), and Silver Line replied (ECF No. 21). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion and for other good cause shown,

**IT IS**, on this 30th day of November 2022, **ORDERED** as follows:

1. Silver Line's Motion to Dismiss (ECF No. 18) is **GRANTED**.

2. Concepcion may file a second amended complaint by **January 20th, 2023**.

                                                                  MICHAEL A. SHIPP
                                                                  UNITED STATES DISTRICT JUDGE